TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00102-CV

First Horizon Corporation, Appellant

v.

Mary Lou Dusek, Appellee

FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT

NO. 162,054-B, HONORABLE RICK MORRIS, JUDGE PRESIDING

PER CURIAM

 Appellant has filed a motion to dismiss this appeal. The motion is granted. Tex. R. App.
P. 59(a)(1)(B).

 The appeal is dismissed.

Before Justices Powers, Jones and Kidd

Dismissed on Appellant's Motion

Filed: March 27, 1997

Do Not Publish